UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 1:10-CR-339 |
| : | |
| COREY GOLSON, SR., : | |
| Defendant : | |

*O R D E R*

AND NOW, this 12th day of April, 2017, upon consideration of Defendant's motion (Doc. 115) for relief from final judgment pursuant to Federal Rule of Civil Procedure 60(b), and in accord with the accompanying memorandum, Defendant's motion is DENIED.

      /s/ William W. Caldwell
      William W. Caldwell
      United States District Judge