UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 1:10-CR-339 |
| COREY GOLSON, SR., Defendant | : |

*O R D E R*

AND NOW, this 13th day of July, 2017, upon consideration of Defendant's motion for reconsideration (Doc. 119) and motion to amend (Doc. 120), and in accord with the accompanying memorandum, Defendant's motions are DENIED.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge