# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY GOLSON, SR.,** | : | |
| Petitioner | : | CASE NO. 1:10-CR-339 |
| v. | : | (JUDGE MANNION) |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner Golson's June 24, 2019 motion for relief from the denial of his §2255 motion and seeking to re-open his habeas proceeding with respect to his §2255 motion, pursuant to Fed.R.Civ.P. 60(b), **(Doc. 137)**, is **DISMISSED** for lack of jurisdiction.

2. Petitioner Golson's June 24, 2019 motion for an evidentiary hearing, **(Doc. 138)**, is **DENIED**.

3. No Certificate of Appealability will issue.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: December 3, 2019**

10-339-02-ORDER.wpd