UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY GOLSON, SR., | : |
|     Petitioner | :   CASE NO. 1:10-CR-339 |
| v. | :   (JUDGE MANNION) |
| UNITED STATES OF AMERICA, | : |
|     Respondent | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

Petitioner Golson's January 29, 2020 Rule 59(e) motion for reconsideration, **(Doc. 148)**, of this court's December 3, 2019 Memorandum and Order, (Docs. 144 & 145), is **DENIED**.

s/ *Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: February 18, 2020

10-339-03-ORDER.wpd