# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**       :

v.                                 :       **CRIMINAL NO. 1:10-CR-339**

**COREY GOLSON, SR.,**             :       **(JUDGE MANNION)**

**Defendant**                      :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

**(1)** Defendant Golson's motion for judicial recommendation to the BOP for 8-10 months home confinement, **(Doc. 151)**, is **DENIED**.

**(2)** To the extent that Golson's filing can be considered as a motion for compassionate release, it is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction due to his failure to exhaust his BOP administrative remedies under §3582(c)(1)(A)(i).

**(3)** Insofar as Golson's can be deemed as seeking the court to request the BOP to consider him for home confinement designation for 8-10 months under the CARES Act, his

motion is **DISMISSED** since the authority to make this determination lies with the BOP Director and not the court.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: May 4, 2020**
10-339-03-ORDER